United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PINEDA,<br><br>  Plaintiff,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, FA,<br>CALIFORNIA RECONVEYANCE<br>COMPANY/ A CALIFORNIA<br>CORPORATION, and DOES I-X<br>INCLUSIVE<br><br>  Defendants<br>_____/ | No. C 09-02565 WHA<br><br>**NOTICE RE DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

On June 16, 2009, defendants filed a motion to dismiss plaintiff's complaint. The motion was noticed for a August 13 hearing. Plaintiff's response was due on July 23, 2009, but a response has not been filed. Ordinarily, the Court would grant the motion, but the Court will provide the *pro se* plaintiff with more time. Plaintiff's response is now due by **AUGUST 12, 2009 AT NOON**. Plaintiff's continued failure to respond will likely result in dismissal. Defendants may file a reply by **AUGUST 19, 2009 AT NOON**. The hearing set for August 13, 2009 is hereby **VACATED**. There will be no hearing on the motion unless the Court finds it necessary after reviewing the briefing.

**IT IS SO ORDERED.**

Dated: July 29, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE